# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO ARMANDO AZCANO CARILLO, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DANDAN, INC., *et al.*<br><br>　　　　　Defendants. | Civil Action No. 13-671 (BAH) |

## ORDER

Upon consideration of the parties' Joint Motion to Approve Settlement Agreement, ECF No. 23, and Joint Waiver of Hearing Regarding Joint Motion to Approve Settlement Agreement, ECF No. 24, the related legal memoranda attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, the parties' Motion to Approve Settlement Agreement is GRANTED in part.  The Motion is granted in that the Court finds the parties' proposed Settlement Agreement, ECF No. 23-1, represents a bona fide compromise of the plaintiffs' FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements, but the Court declines to opine on any aspect of the proposed Settlement Agreement that does not pertain directly to the payment of overtime wages due the plaintiffs; and it is further

**ORDERED** that the parties' Joint Waiver of Hearing Regarding Joint Motion to Approve Settlement Agreement is ACCEPTED; and it is further

**ORDERED** that this matter be dismissed, in light of the parties' consent, pursuant to Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: June 26, 2014                              _____

                                                 BERYL A. HOWELL
                                                 United States District Judge